*George E. O'Connor* for petitioner. *Mr. F. B. Grier* for respondent.

No. 201. BOWMAN *v.* PENNSYLVANIA RAILROAD Co. October 13, 1930. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Mr. Charles A. Ludlow* for petitioner. *Messrs. Frederic D. McKenney, John Spalding Flannery,* and *George Bowdoin Craighill* for respondent.

No. 204. UNITED STATES EX REL. ENDICOTT ET AL. *v.* MELLON, SECRETARY OF THE TREASURY, ET AL. October 13, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. J. Harry Covington, Spencer Gordon,* and *Newell W. Ellison* for petitioners. *Solicitor General Thacher* and *Messrs. Claude R. Branch, Sewall Key, Andrew D. Sharpe, W. Marvin Smith,* and *Clarence M. Charest* for respondent.

No. 207. MEANS *v.* UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Court of Claims denied. *Messrs. John M. Perry, Arthur A. Ballantine,* and *George E. Cleary* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs. Claude R. Branch* and *Fred K. Dyar* for the United States.

No. 211. QUICK ACTION IGNITION Co. ET AL. *v.* MAYTAG Co. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Howard M. Cox* and *Amasa C. Paul* for petition-